# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 1, 2006*

[Cite as *09/01/2006 Case Announcements,* 2006-Ohio-4496.]

## MOTION AND PROCEDURAL RULINGS

**2005–1754. Hoffman v. State Med. Bd. of Ohio.**
Franklin App. No. 04AP–839, 2005-Ohio-3682. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for stay of oral argument, or in the alternative, motion for extension of time,

It is ordered by the court that the motion is granted to the extent that oral argument is continued until January of 2007. The parties will be notified of the argument date in the normal course.

## MISCELLANEOUS DISMISSALS

**2006–0652. Meijer Stores Ltd. Partnership v. Defiance Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–2035. This cause is pending before the court as an appeal and a cross-appeal from the Board of Tax Appeals. Upon consideration of appellants'/cross-appellees' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, the appeal of the appellants/cross-appellees is dismissed.

It is further ordered by the court that the appeal of Meijer Stores Limited Partnership remains pending.

**2006–1564. State ex rel. Trafalgar Corp. v. Miami Cty. Bd. of Elections.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. It appears from the records of this court that relators have not filed a merit brief, due August 27, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–1249. State ex rel. Rankin v. Cyned Transport Corp.**
Franklin App. No. 05AP–845, 2006-Ohio-2962.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 5, 2006*

[Cite as *09/05/2006 Case Announcements,* 2006-Ohio-4528.]

## MOTION AND PROCEDURAL RULINGS

**2006–1557. State ex rel. Ludt v. Sciortino.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.